U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
DEC 10 2009
AT____O'CLOCK____
Lawrence K. Baerman, Clerk - Syracuse

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

CAROLS ABREU,

                              *Plaintiff,*

-against-

ROCK, *et al*,

                              *Defendants.*

---

**STIPULATION OF
DISCONTINUANCE
AND DISMISSAL**

09-CV-1020

GTS/DRH/VEB [Mediation]

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, plaintiff *pro se*, Carlos Abreu, and the attorneys for defendants, parties to the above entitled-action, that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, the above-entitled action be and the same hereby is withdrawn in its entirety and dismissed with prejudice as to all defendants pursuant to Fed. R. Civ. P. 41 (a)(1).

Dated: Comstock, New York
        December 8, 2009

                                                */s/ Carlos Abreu*
                                                Carlos Abreu, 99-A-3027
                                                Plaintiff *pro se*
                                                Great Meadow Correctional Facility
                                                P.O. Box 51
                                                Comstock, NY 12821

Dated: Comstock, New York
        December 8, 2009

                                                ANDREW CUOMO
                                                Attorney General of the State of New York
                                                Attorney for Defendants
                                                The Capitol
                                                Albany, New York 12224-0341

                                                By: */s/*
                                                Bruce J. Boivin

1

Assistant Attorney General, of Counsel
Bar Roll No. 507894
Telephone: 518-473-5093
Email: Bruce.Boivin@oag.state.ny.us

Dated:     Comstock, New York
           December 8, 2009

SO ORDERED:

HON. VICTOR E. BIANCHINI
VISITING UNITED STATES MAGISTRATE JUDGE